1152

No. 10–7356. WINDHAM v. CALIFORNIA DEPARTMENT OF COR-
RECTIONS ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–7366. DELGADO RODRIGUEZ v. YATES, WARDEN. C. A.
9th Cir. Certiorari denied.

No. 10–7367. SABREE v. WALSH ET AL. C. A. 1st Cir. Cer-
tiorari denied.

No. 10–7368. SEYMORE v. WARREN, WARDEN. C. A. 6th Cir.
Certiorari denied.

No. 10–7370. SATTERFIELD v. JOHNSON ET AL. C. A. 3d Cir.
Certiorari denied.

No. 10–7371. PERRY v. THALER, DIRECTOR, TEXAS DEPART-
MENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVI-
SION. C. A. 5th Cir. Certiorari denied.

No. 10–7373. BIVINGS v. LAWLER, SUPERINTENDENT, STATE
CORRECTIONAL INSTITUTION AT HUNTINGDON, ET AL. C. A. 3d
Cir. Certiorari denied.

No. 10–7374. BROWN v. CLARK, WARDEN. C. A. 9th Cir.
Certiorari denied.

No. 10–7375. SCOTT v. INDIANA. Ct. App. Ind. Certiorari
denied.

No. 10–7378. JAMES v. MCNEIL, SECRETARY, FLORIDA DE-
PARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certio-
rari denied.

No. 10–7381. BURTON v. WASHINGTON. Ct. App. Wash. Cer-
tiorari denied.

No. 10–7386. ASTROP v. ECKERD CORP. ET AL. C. A. 4th Cir.
Certiorari denied.

No. 10–7390. CHERRY v. CITY OF NEW YORK, NEW YORK,
ET AL. C. A. 2d Cir. Certiorari denied.

No. 10–7393. WEST v. RAY, COMMISSIONER, TENNESSEE DE-
PARTMENT OF CORRECTION, ET AL. C. A. 6th Cir. Certiorari
denied.